No. 84–6401.   VALWAY ET UX. *v.* KEARNS ET AL.   Appeal from Sup. Ct. N. H. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1476.   DEPERTE ET AL. *v.* TRIBUNE CO. ET AL.   Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 84–6410.   TUGGLE *v.* VIRGINIA.   Sup. Ct. Va.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Ake* v. *Oklahoma,* 470 U. S. 68 (1985).

No. 84–5636.   ALCORN *v.* SMITH, WARDEN.   C. A. 6th Cir. [Certiorari granted, 470 U. S. 1003.]   Judgment vacated and case remanded for further proceedings in light of the assertions set forth in petitioner's motion to vacate filed April 26, 1985, and the response filed thereto.

No. — – ——.   KELLER, ADMINISTRATRIX OF THE ESTATE OF KELLER *v.* AMERICAN OPTICAL CO.   Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. D–294.   IN RE DISBARMENT OF WOLFF.   Disbarment entered.   [For earlier order herein, see 459 U. S. 939.]

No. D–462.   IN RE DISBARMENT OF COLLIER.   Disbarment entered.   [For earlier order herein, see 469 U. S. 1030.]

No. D–480.   IN RE DISBARMENT OF BLACK.   Disbarment entered.   [For earlier order herein, see 470 U. S. 1025.]

No. D–489.   IN RE DISBARMENT OF MCGARRY.   It is ordered that James P. McGarry, of Flushing, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable